KELLY GREENE McCONNELL (ISB #4900)
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Telephone: 208-388-1200
Facsimile: 208-388-1300
Email: litigation@givenspursley.com

SAM DOTTERS-KATZ (ISB # 9709)
MARCUS, CHRISTIAN, HARDEE & DAVIES, LLP
737 North 7th Street
Boise, Idaho  83702
Telephone:     (208) 342-3563
Facsimile:     (208) 342-2170
Email:         sam@mch-lawyer.com
13422662v1

*Counsel for Plaintiff Idaho Democratic Party*

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF IDAHO

| | |
|---|---|
| IDAHO STATE DEMOCRATIC PARTY,<br><br>       Plaintiff,<br><br>v.<br><br>CHRISTOPHER RICH in his official capacity as Clerk of the County of Ada of the State of Idaho, LAWERENCE DENNEY in his official capacity as Secretary of State of Idaho,<br><br>       Defendants. | Case No. _____<br><br>**MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF** |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Idaho State

Democratic Party, by and through its attorneys of record, Givens Pursley LLP and Marcus,

Christian, Hardee & Davis, LLP, hereby moves this court for entry of an Order Granting Motion

**MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF- 1**

for Temporary Restraining Order and Emergency Injunctive Relief, restraining Defendants from

engaging in the following acts, directly or indirectly:

       1.      Ordering Defendants to take such steps as are necessary to keep the poll

locations for Ada County Precincts 1602, 1711, 1806, 1810, and 1901, open until 10:00

p.m. Mountain Standard Time;

       2.      Ordering Defendants to take such steps as are necessary to ensure that any

voter who arrives at the polling location after 8:00 p.m. and until the 10:00 p.m. are

permitted to vote provisionally and have their votes counted pursuant to Section 302(c) of

the Help America Vote Act, 42 U.S.C. § 1548(c); and

       3.      Ordering Defendants to provide public notice of these extended voting

opportunities by notifying all local media of the extension and by posting notices of the

extension at all affected poll locations.

This motion is made on the grounds and reasons set forth in the accompanying

Memorandum in Support of Motion for Temporary Restraining Order and Emergency Injunctive

Relief.  This motion is based on the records and files herein and filings herewith.  Oral argument

is requested.

DATED this 8th day of November, 2016.

By:   /s/
        Kelly Greene McConnell
        Givens Pursley LLP
        Idaho State Bar Association No. 4900

By: /s/
        Sam Dotters-Katz
        Marcus Christian Hardee Davies, LLP.
        Idaho State Bar Association No. 9709
        *Counsel for Plaintiff Idaho Democratic Party*

**MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF- 2**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be e-filed this 8th

day of November, 2016, and will be automatically served upon counsel of record, all of whom

appear to be subscribed to receive notice from the ECF system including:


Sam Dotters-Katz                                    Sam.Dotters.Katz@gmail.com
*Counsel for Plaintiff Idaho Democratic Party*


                                                    /s/
                                                    Kelly Greene McConnell

**MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY
INJUNCTIVE RELIEF- 3**