KELLY GREENE McCONNELL (ISB #4900)
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Telephone: 208-388-1200
Facsimile: 208-388-1300
Email: litigation@givenspursley.com

SAM DOTTERS-KATZ (ISB # 9709)
MARCUS, CHRISTIAN, HARDEE & DAVIES, LLP
737 North 7th Street
Boise, Idaho  83702
Telephone:	(208) 342-3563
Facsimile:	(208) 342-2170
Email:	sam@mch-lawyer.com
13422686v1

*Counsel for Plaintiff Idaho Democratic Party*

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF IDAHO

| | |
|---|---|
| IDAHO STATE DEMOCRATIC PARTY,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTOPHER RICH in his official capacity as Clerk of the County of Ada of the State of Idaho, LAWERENCE DENNEY in his official capacity as Secretary of State of Idaho,<br><br>  Defendants. | Case No. _____<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF** |

## INTRODUCTION

Plaintiff, Idaho State Democratic Party ("ISDP"), offers the following arguments and authorities in support of its Motion for Temporary Restraining Order and Emergency Injunctive Relief and would respectfully show the Court as follows:

**MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF - 1**

This emergency arises from the relocation of five poll location changes in Ada County that have caused confusion amongst voters on election day, as to where they are supposed to vote, as they were not properly notified of the change in location.

As a result, Plaintiff is concerned that voters may show up on election day and not have enough time to travel to the new location and vote before the polls close.  This would deprive them to exercise their right to vote under the United States Constitution and the Idaho Constitution.  In fact, Plaintiffs have already received reports of several voters showing up at the old polling locations just to be redirected.  Further, voters may encounter transportation and parking issues related to the new locations.

A temporary restraining order and emergency injunctive relief are required to ensure that Idaho citizens have a meaningful opportunity to exercise their voting rights under the Idaho Constitution Art. 1, §§1,2,16 and to ensure that they are not deprived of their substantive due process rights under the Fifth and Fourteenth Amendments to the United States Constitution.

## BACKGROUND

Within weeks of the November 8, 2016, general election, the Ada County Clerk's Office moved five poll locations and gave very little notice to voters. Since that time, voters have slowly become aware of the location changes, and have expressed serious confusion about where they should be voting. Now, on election day, we are receiving reports of voters turning up at the old poll locations as they were not properly notified of the change in location.  Unless the five poll locations which were moved are kept open and in operation until 10:00 p.m., and unless Defendants are required to expend additional resources notifying voters of the changed locations, qualified electors will be deprived of a meaningful opportunity to exercise their right to vote under the First and Fourteenth Amendments to the United States Constitution, and under the

**MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF - 2**

Idaho Constitution Art. 1, §§1,2,16. The relief requested would reflect the practical administrative issues that may be involved in the extension of hours at the five locations, while offering at least the State's own offices to those voters seeking the opportunity, denied to them by the Defendant's actions, to participate in the November 8, 2016, general election.

Plaintiff's counsel attempted to give notice to Defendants via telephone on November 8, 2016, to alert them to the file of the accompanying Motion for Temporary Restraining Order and Emergency Injunctive Relief.

## CONCLUSION

Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Temporary Restraining Order and Emergency Injunctive Relief.

DATED this 8th day of November, 2016.

By:   /s/
      Kelly Greene McConnell
      Givens Pursley LLP
      Idaho State Bar Association No. 4900

By: /s/
     Sam Dotters-Katz
     Marcus Christian Hardee Davies, LLP.
     Idaho State Bar Association No. 9709
     *Counsel for Plaintiff Idaho Democratic Party*

**MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF - 3**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be e-filed this 8th day of November, 2016, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system including:

Sam Dotters-Katz                                    Sam.Dotters.Katz@gmail.com
*Counsel for Plaintiff Idaho Democratic Party*


/s/ _____
Kelly Greene McConnell

**MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF - 4**