KELLY GREENE MCCONNELL (ISB #4900)
GIVENS PURSLEY LLP
P.O. Box 2720
Boise, Idaho 83701-2720
Telephone:   208-388-1200
Facsimile:   208-388-1300
Email:   litigation@givenspursley.com

SAM DOTTERS-KATZ (ISB # 9709)
MARCUS, CHRISTIAN, HARDEE & DAVIES, LLP
737 North 7th Street
Boise, Idaho  83702
Telephone:   (208) 342-3563
Facsimile:   (208) 342-2170
Email:   sam@mch-lawyer.com

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| IDAHO STATE DEMOCRATIC PARTY, Plaintiff, v. CHRISTOPHER RICH in his official capacity as Clerk of the County of Ada of the State of Idaho, LAWERENCE DENNEY in his official capacity as Secretary of State of Idaho, Defendants. | Case No. _____ AFFIDAVIT OF SAM DOTTERS-KATZ IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF |
|---|---|

STATE OF IDAHO        )
                      ) ss
County of Ada         )

Sam Dotters-Katz, being duly sworn on oath, states as follows:

1.     I am an individual over the age of eighteen, a resident of the State of Idaho, and have personal knowledge of the facts set forth herein, believing them to be true and correct to the best of my knowledge and belief.

**AFFIDAVIT OF SAM DOTTERS-KATZ IN SUPPORT OF MOTION FOR
TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF - 1**

2.  I am the statewide lawyer for the Idaho State Democratic Party. In that role I work with county clerks from across the state, and with the Secretary of State's office, on all matters related to elections. In addition, I work with a team of eight lawyers spread across the state who are dealing directly with poll watchers and relay problems up to me to handle. Also, I work with precinct captains throughout the state who call me when issues arise at poll locations.

3.  On October 4, 2016, I made a formal request of the Ada County Clerk's Office and the Idaho Secretary of State to deploy mobile voting booths at the original poll location for Precinct 1806, which would be utilized in addition to the newly designated poll location for Precinct 1806, Ada County Indigent Services. Attached hereto is a true and correct copy of that request, marked as Exhibit A.

4.  On November 7, 2016, Tim Hurst, Chief Deputy Secretary of State, sent me a letter denying my request. Attached hereto is a true and correct copy of that request, marked as Exhibit B.

5.  Later on October 7, 2016, I made a formal request of the Ada County Clerk's Office to extend voting in Ada County by opening poll locations in the county at 7:00 a.m., pursuant to his specific authority outlined in I.C. § 34-1011. Attached hereto is a true and correct copy of that request, marked as Exhibit C.

6.  Later on October 7, 2016, this request was later denied on October 7, 2016. Attached hereto is a true and correct copy of that request, marked as Exhibit D.

7.  On November 8, 2016, I spoke with volunteers who were working in 1806 to help inform voters of the poll location change. I was told that numerous voters had been showing up throughout the day to the old polling location in 1806, and often left frustrated about the change in location, indicating that they were too busy to go to the new location at Ada County Indigent Services.

8.  As provided by Idaho Code § 9-1406, I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct to the best of my knowledge and belief.

**AFFIDAVIT OF SAM DOTTERS-KATZ IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF - 2**

DATED this ___8___ day of November, 2016.

_Sam Dotters-Katz_
Sam Dotters-Katz

SUBSCRIBED AND SWORN to before me this __8th__ day of November, 2016.

(SEAL)

_Kendra DeCox_
Notary Public for Idaho
Residing at: Nampa, Id
My Commission Expires: March 19, 2021

**AFFIDAVIT OF SAM DOTTERS-KATZ IN SUPPORT OF MOTION FOR
TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF - 3**