# EXHIBIT A

Dear Mr. Rich and Mr. Hurst,

As you are aware, several polling locations in Ada County were recently moved with extremely short notice. One such polling location is for Precinct 1806, which was moved from the Brookdale Assisted Living Center to Ada County Indigent Services.

The Idaho Democratic Party sees a number of issues with the new polling location being at Ada County Indigent Services site. First, the new polling location is outside of the district and precinct. This is a problem for voters because it would be highly unusual for them to seek a polling location outside of the district that they live in, especially considering the significant number of older Idahoans living in 1806. Second, the Ada County Indigent Services location has woefully inadequate parking, that will frankly be a disaster on election day. Given that voter turnout is expected to be quite high, it is crucial for voters to have easy access and parking at the polling location. Already today, we have fielded over one hundred phone calls from voters in response to the polling location changes where voters have expressed confusion and frustration.

To resolve the issues with the Ada County Indigent Services location, the IDP asks that a mobile voting booth is placed at the original polling location in 1806, the Brookdale Assisted Living Center, in addition to having a voting location at Indigent Services. We feel that this would help alleviate confusion and allow access to everyone who wishes to vote on Election Day. Further, we ask that you immediately commit resources to inform voters regarding these late polling location changes throughout the county.

Given the extremely short time until November 8, I ask that you please contact me immediately to resolve these issues with the change in polling locations.

Sincerely,

Sam Dotter-Katz

Statewide Election Lawyer, Idaho Democratic Party

sam.dotters.katz@gmail.com

(541) 554-5580

# EXHIBIT B



**STATE OF IDAHO**
OFFICE OF THE SECRETARY OF STATE
LAWERENCE DENNEY

November 7, 2016

Sam Dotter-Katz
Statewide Election Lawyer
Idaho State Democratic Party
*Via email*

RE: ADA COUNTY POLLING PLACE CHANGES

Mr. Dotters-Katz,

I am receipt of your letter e-mailed to our office on Friday evening regarding the problems with Ada County's change of polling places for the 2016 General Election. I have also discussed the issue with Chris Rich, the Ada County Clerk.

We all agree that the letter to electors of the change in polling location that the county chose to mail to each elector should have gone out earlier. That letter is not a requirement, but is Ada County's attempt to inform voters of the change. Also, to help inform electors of the change, county officials have posted a notice on their web site and have been in contact with the political parties along with the media to ask their help in getting the word out. As required by law (I.C. 34-1102), the county is also planning to have the change posted at the old polling location and actually have a person stationed there to direct voters to the new polling place.

You pointed out some issues with the new polling location. I won't attempt to refute your claim, but simply state that there are very few polling places that are ideal. It is not uncommon in the state to have a polling place located outside the precinct boundaries and there is no statutory requirement to have it within the precinct. Parking is always an issue, especially for voters with disabilities. The Ada County Indigent Services has multiple handicap parking places available.

Secretary Denney and I have discussed your recommendation to resolve the issues by placing a mobile voting station at the old site to use along with the new polling place. It is our opinion that this would create even more problems – both real and perceived. One big issue is with voter fraud, which has already been an accusation in this election. There is no way to sync the poll books (which are required by law) at both locations, which would prohibit a person in that precinct from voting more than once. Whether or not this would really happen doesn't

matter anymore than the possibility that it could and the public's perception of whether or not it did. Public confidence in the system is always in the forefront with election officials in Idaho.

This office takes all concerns and complaints very seriously. If you have any other questions or concerns, please feel free to contact our office at either (208) 334-2852 or at elections@sos.idaho.gov.

Sincerely,

Tim Hurst

TIM HURST
Chief Deputy
Secretary of State

**EXHIBIT C**



November 7, 2016

VIA EMAIL: AURICHCD@ADAWEB.NET

Christopher Rich
Ada County Clerk
200 W Front St
Boise, Idaho 83702

     Re:    OPENING OF POLLS;

Dear Clerk Rich,

As you are aware, there has been significant voter confusion over the last minute polling location changes in several precincts throughout Ada County. In addition to the confusion associated with late location changes, there are also issues with the new locations that could significantly impede access to the polls on election day. Therefore, we are requesting that you, as Clerk of Ada County, exercise your authority as provided in I.C. § 34-1101, and open the polls county-wide at 7 A.M., allowing for an additional hour of voting.

Please contact me at your earliest convenience when you have reached a decision in regards to this request.

Sam Dotters-Katz
Statewide Lawyer – Idaho Democratic Party
State Counsel – Hillary for America

Cell: 541-554-5580
Email: Sam.Dotters.Katz@gmail.com

# EXHIBIT D

**From: Christopher Rich** crich@adaweb.net
**Subject:** Re: [EXTERNAL] Request to Open Polls at 7 A.M.
**Date:** November 7, 2016 at 1:08 PM
**To:** Sam Dotters-Katz sam.dotters.katz@gmail.com
**Cc:** Betsie Kimbrough bkimbrough@sos.idaho.gov, **Tim Hurst** thurst@sos.idaho.gov, **Sally Ann Boynton Brown** sally@idahodems.org
, Phil McGrane pmcgrane@adaweb.net

Dear Mr Dotters-Katz:

In response to your request to open the polls early; I am precluded from doing so for two reasons.

First, 34-602 and 34-1406 require in the notices we publish that we include the day of voting and hours of operation.  That has been done and we published our hours of operation to be 8:00 am to 8:00 pm.

The other reason is a practical one, we have 145 precincts with over 1,400 workers.  It would be nearly impossible to make it happen the day before the election; even if we could.

The good news is that we will have over 70,000 ballots cast by election day.  That is a significant number and it will have a real impact on the activity at the polls.

Thank you for your suggestion.

Chris

Sent from my iPad

On Nov 7, 2016, at 12:48 PM, Sam Dotters-Katz <sam.dotters.katz@gmail.com> wrote:

> Mr. Rich,
>
> Please find the attached letter, sent on behalf of the Idaho Democratic Party, requesting that you exercise your authority pursuant to I.C. § 34-1101 and open the polls in Ada County at 7 A.M. on election day.
>
> Thank you for your consideration of this request.
>
> Sam
>
>
> Sam Dotters-Katz
> Statewide Lawyer - Idaho Democratic Party
> State Counsel - Hillary for America
>
> Cell: 541-554-5580
> Email: Sam.Dotters.Katz@gmail.com
>
> <LTR- Mr. Rich 11.7.16.pdf>
> <ATT00001>