KELLY GREENE MCCONNELL (ISB #4900)
GIVENS PURSLEY LLP
P.O. Box 2720
Boise, Idaho 83701-2720
Telephone:     208-388-1200
Facsimile:     208-388-1300
Email:          litigation@givenspursley.com

SAM DOTTERS-KATZ (ISB # 9709)
MARCUS, CHRISTIAN, HARDEE & DAVIES, LLP
737 North 7th Street
Boise, Idaho  83702
Telephone:     (208) 342-3563
Facsimile:     (208) 342-2170
Email:          sam@mch-lawyer.com
13422433_1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF IDAHO

| | |
|---|---|
| IDAHO STATE DEMOCRATIC PARTY,<br><br>                     Plaintiff,<br><br>v.<br><br>CHRISTOPHER RICH in his official capacity as Clerk of the County of Ada of the State of Idaho, LAWERENCE DENNEY in his official capacity as Secretary of State of Idaho,<br><br>                     Defendants. | Case No. _____<br><br>**AFFIDAVIT OF THOMAS JEROME HAMILTON IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF** |

STATE OF IDAHO          )
                                   ) ss
County of Ada              )

Thomas Jerome Hamilton, being duly sworn on oath, states as follows:

**AFFIDAVIT OF THOMAS JEROME HAMILTON IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF - 1**

1.      I am an individual over the age of eighteen, a resident of the State of Idaho, and have personal knowledge of the facts set forth herein, believing them to be true and correct to the best of my knowledge and belief.

2.      I am the Political Director for the Idaho State Democratic Party.

3.      On Friday, November 4, 2016, I sent an email to JoMeta Spencer, Ada County Elections Office Administrator, requesting clarification on the poll location changes in Ada County. Ms. Spencer replied the same day, indicating that poll locations for Precincts 1602, 1711, and 1810 were moved because of issues related to compliance with the Americans with Disabilities Act, and that poll locations for Precincts 1806 and 1901 were moved "due to space issues for this election, not ADA issues."

4.      A true and correct copy of the email from Ms. Spencer described in paragraph 3 above is attached hereto and marked as Exhibit A.

5.      In the last few weeks, our office has fielded dozens of calls from confused voters in regards to the polling location changes in Ada County.

6.      Ada County does not list or highlight the polling location changes on their website.

7.      As provided by Idaho Code § 9-1406, I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct to the best of my knowledge and belief.

DATED this _____ day of November, 2016.

_____

Thomas Jerome Hamilton

SUBSCRIBED AND SWORN to before me this _____ day of November, 2016.

(SEAL)

_____
Notary Public for Idaho
Residing at: Nampa, Idaho
My Commission Expires: March 19, 2021

AFFIDAVIT OF THOMAS JEROME HAMILTON IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF - 2