**EXHIBIT A**

---------- Forwarded message ----------
From: **JoMeta Spencer** <ELSPENJM@adaweb.net>
Date: Fri, Nov 4, 2016 at 12:01 PM
Subject: RE: [EXTERNAL] Re: Polling Place Changes
To: Tom Hamilton <tom@idahodems.org>

Hi Tom;

Below is the list, including both the old and new polling locations. Precinct 1810 was moved due a space issue, not ADA.

1602- Collister United Methodist- 4400 W Taft Street- Boise  MOVED TO Collister Community Church 4709 W State Street- Boise

1711- Euclid Community Church of the Nazarene- 1308 W Hale Street- Boise MOVED TO BSU Alumni and Friend Center- 1173 W University Drive- Boise

1806- Brookdale Assisted Living- Site # 2- 739 E Parkcenter Boulevard- Boise MOVED TO Ada County Indigent Services- 252 E Front Street- Boise

1810- Riverside Elementary School- 2100 E Victory Road- Boise MOVED TO Our Lady of the Rosary- 1500 E Wright Street- Boise

1901- Hidden Springs Fire Department- 5871 W Hidden springs Drive- Boise MOVE TO Hidden Springs Community Clubhouse- 5525 W Hidden Springs Drive- Boise

Thanks,

Jo

**From:** Tom Hamilton [mailto:tom@idahodems.org]
**Sent:** Friday, November 04, 2016 10:53 AM
**To:** JoMeta Spencer
**Subject:** [EXTERNAL] Re: Polling Place Changes

Also Jo,

Can i get the original polling locations for these precincts that is no longer useable?

Tom Hamilton

Political Director

208.870.7557

On Fri, Nov 4, 2016 at 9:50 AM, JoMeta Spencer <ELSPENJM@adaweb.net> wrote:

Hi Tom;

The polling places that were moved are:

1602

1711

2

1806

1810

1901


Precincts 1806 & 1901 were changed due to space issues for this election, not ADA issues.


I have attached a Public Records Request for you to complete and return.


Thanks,

Jo




**JoMeta Spencer**

*Elections Office Administrator*

Ada County Elections

400 N. Benjamin Lane, #100

Boise, ID 83704

(208) 287-6883

Fax: (208) 287-6939

3