UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO STATE DEMOCRATIC PARTY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CHRISTOPHER RICH in his official capacity as Clerk of the County of Ada of the State of Idaho, LAWERENCE DENNEY in his official capacity as Secretary of State of Idaho,<br><br>　　　　Defendants. | Case No. 1:16-cv-00491-BLW<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Motion Temporary Restraining Order and Emergency Injunctive Relief (Dkt. 2).  This matter was argued with all parties represented by counsel at 4:00 p.m. on November 8, 2016.  For the reasons expressed from the bench at the conclusion of the hearing, the court will GRANT the requested relief in part and direct the following.

　　　　THEREFORE, IT IS HEREBY ORDERED as follows:

　　1.　　Plaintiff's Motion for Temporary Restraining Order and Emergency Injunctive Relief (Dkt. 2) is GRANTED in part and DENIED in part.

2. Defendants shall take such steps as are necessary to keep the poll locations for Ada County Precincts 1602, 1711, 1806, 1810, and 1901 open until 9:00 p.m. tonight, November 8, 2016.

3. Defendants are directed to prominently display, no later than 7:00 p.m. tonight, November 8, 2016, a notice at each of the original polling locations for Ada County Precincts 1602, 1711, 1806, 1810, and 1901 indicating: (1) the extended voting hours for these affected poll locations; (2) the newly designated poll locations for these precincts.

4. Defendants are directed to issue a public service announcement or press release to local TV and radio stations advising of the extended hours for the affected precincts. Notice by social media is sufficient. Such notice shall clearly indicate that the extended hours shall apply only to Ada County Precincts 1602, 1711, 1806, 1810, and 1901.

DATED: November 8, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court