KELLY GREENE McCONNELL (ISB #4900)
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Telephone: 208-388-1200
Facsimile: 208-388-1300
Email: litigation@givenspursley.com

SAM DOTTERS-KATZ (ISB # 9709)
MARCUS, CHRISTIAN, HARDEE & DAVIES, LLP
737 North 7th Street
Boise, Idaho 83702
Telephone:   (208) 342-3563
Facsimile:   (208) 342-2170
Email:   sam@mch-lawyer.com
13592576_1 [13537-2]

*Counsel for Plaintiff Idaho Democratic Party*

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF IDAHO

| | |
|---|---|
| IDAHO STATE DEMOCRATIC PARTY,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RICH in his official capacity as Clerk of the County of Ada of the State of Idaho, LAWERENCE DENNEY in his official capacity as Secretary of State of Idaho,<br><br>Defendants. | Case No. CV-16-491<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL** |

As evidenced by their signatures below, *Plaintiff* Idaho State Democratic Party, by and through its attorneys of record, GIVENS PURSLEY LLP and MARCUS, CHRISTIAN, HARDEE & DAVIS, LLP, *Defendant* Christopher Rich in his official capacity as Clerk of the County of Ada of the State of Idaho, by and through his attorneys of record, RAY J. CHACKO

**STIPULATION FOR VOLUNTARY DISMISSAL- 1**

and SHERRY A. MORGAN, Ada County Prosecutor's Office, and *Defendant*, Lawrence Denney, in his official capacity as Secretary of State of Idaho, by and through his attorneys of record STEVEN L. OLSEN and MICHAEL S. GILMORE, Idaho Attorney General's Office hereby stipulate to the dismissal of the captioned case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs and fees.

[signature page follows]

**STIPULATION FOR VOLUNTARY DISMISSAL- 2**

DATED this 30th day of March, 2017.

           GIVENS PURSLEY LLP

           By: _____
              Kelly Greene McConnell

DATED this _____ day of March, 2017.

           MARCUS, CHRISTIAN, HARDEE & DAVIES, LLP

           By: _____
              Sam Dotters-Katz

DATED this _____ day of March, 2017.

           ADA COUNTY PROSECUTING ATTORNEY OFFICE

           By: _____
              Ray J. Chacko

DATED this _____ day of March, 2017.

           ADA COUNTY PROSECUTING ATTORNEY OFFICE

           By: _____
              Sherry A. Morgan

**STIPULATION FOR VOLUNTARY DISMISSAL- 3**

DATED this _____ day of March, 2017.

                GIVENS PURSLEY LLP

                By: _____
                      Kelly Greene McConnell

DATED this _____ day of March, 2017.

                MARCUS, CHRISTIAN, HARDEE & DAVIES, LLP

                By: _____
                      Sam Dotters-Katz

DATED this 16th day of March, 2017.

                ADA COUNTY PROSECUTING ATTORNEY OFFICE

                By: _/s/ Ray J. Chacko_____
                      Ray J. Chacko

DATED this 16th day of March, 2017.

                ADA COUNTY PROSECUTING ATTORNEY OFFICE

                By: _/s/ Sherry A. Morgan_____
                      Sherry A. Morgan

**STIPULATION FOR VOLUNTARY DISMISSAL- 3**

DATED this __17__ day of March, 2017.

                              IDAHO ATTORNEY GENERAL'S OFFICE

                              By: _____
                                   Steven LaMar Olsen

DATED this __17th__ day of March, 2017.

                              IDAHO ATTORNEY GENERAL'S OFFICE

                              By: _____
                                   Michael S. Gilmore

**STIPULATION FOR VOLUNTARY DISMISSAL- 4**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be e-filed this 30th day of March, 2017, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system including:

| | |
|---|---|
| Sam Dotters-Katz<br>*Counsel for Plaintiff Idaho Democratic Party* | Sam.Dotters.Katz@gmail.com |
| Ray J. Chacko<br>*Counsel for Defendant Christopher Rich*<br>*in his official capacity as Clerk of the*<br>*County of Ada of the State of Idaho* | rchacko@adaweb.net |
| Sherry A. Morgan<br>*Counsel for Defendant Christopher Rich*<br>*in his official capacity as Clerk of the*<br>*County of Ada of the State of Idaho* | smorgan@adaweb.net |
| Steven L. Olsen<br>*Counsel for Defendant Lawrence Denney,*<br>*in his official capacity as Secretary of State of Idaho* | steven.olsen@ag.idaho.gov |
| Michael S. Gilmore<br>*Counsel for Defendant Lawrence Denney,*<br>*in his official capacity as Secretary of State of Idaho* | mike.gilmore@ag.idaho.gov |

/s/Kelley Greene McConnell
Kelly Greene McConnell

**STIPULATION FOR VOLUNTARY DISMISSAL- 5**