UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO STATE DEMOCRATIC PARTY,<br><br>            Plaintiff,<br><br>    v.<br><br>CHRISTOPHER RICH in his official capacity as Clerk of the County of Ada of the State of Idaho, LAWERENCE DENNEY in his official capacity as Secretary of State of Idaho,<br><br>            Defendants. | Case No. 1:16-cv-00491-BLW<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pending before the Court is the parties' Stipulation for Voluntary Dismissal (Dkt. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), and absent any contrary indication, the Court construes the filing as a Stipulation for Voluntary Dismissal *Without Prejudice*. Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice."). The Court having reviewed said Stipulation and being advised in the premises,

**IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE,** each party to bear its own costs and fees. The Clerk of Court is directed to close this case.

**ORDER OF DISMISSAL WITHOUT PREJUDICE - 1**

DATED: March 31, 2017



_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER OF DISMISSAL WITHOUT PREJUDICE - 2