UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO STATE DEMOCRATIC PARTY,<br><br>       Plaintiff,<br><br>   v.<br><br>CHRISTOPHER RICH in his official capacity as Clerk of the County of Ada of the State of Idaho, LAWERENCE DENNEY in his official capacity as Secretary of State of Idaho,<br><br>       Defendants. | Case No. 1:16-cv-00491-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered and that this case be dismissed in its entirety, with each party bearing its own costs and attorney fees.

DATED: March 31, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1